# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0093.  JASON WOLFE v. AMBER GAULT et al.**

On August 18, 2015, the trial court issued an ex parte order awarding custody of minor child D. W. to Amber and Jeremy Gault.  On October 8, Jason Wolfe filed this application for discretionary appeal.

The trial court's order was directly appealable under OCGA § 5-6-34 (a) (11). Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application.  See OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992). Here, Wolfe filed his application 51 days after the trial court's order was entered.  Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.  See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/05/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*